## Bokeko *v.* Bokeko, Appellant.

Argued December 13, 1967. *Robert H. Arronson,* with him *Maurice Freedman* and *Herbert H. Hadra,* for appellant; *Lee B. Sacks,* with him *Samuel I. Sacks,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case. The order of October 13, 1967 fixing counsel fees is also affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.